No. 169, Misc. KENDALL v. CALIFORNIA. District Court of Appeal of California, Second Appellate District. Certiorari denied. A. L. Wirin and Fred Okrand for petitioner.

No. 172, Misc. BERG v. CRANOR, SUPERINTENDENT. Supreme Court of Washington. Certiorari denied.

No. 173, Misc. LEWIS v. VIRGINIA. Supreme Court of Appeals of Virginia. Certiorari denied. James J. Laughlin for petitioner.

No. 180, Misc. BASHAW v. HEINZE, WARDEN, ET AL. Supreme Court of California. Certiorari denied.

No. 183, Misc. OKULCZYK v. RAGEN, WARDEN. Supreme Court of Illinois. Certiorari denied.

No. 185, Misc. EAGLE v. CHERNEY ET AL. Court of Appeals of New York. Certiorari denied.

No. 189, Misc. HENDERSON v. CALIFORNIA ET AL. Supreme Court of California. Certiorari denied.

No. 190, Misc. SCHWIEM v. MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 191, Misc. PRIESTLY v. DONALDSON, POSTMASTER GENERAL, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Carl L. Shipley and Samuel Resnicoff for petitioner. Acting Solicitor General Stern, Assistant Attorney General Baldridge and Samuel D. Slade for the Postmaster General, respondent.